**Order entered May 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00685-CV

**ASSOCIATED AIR CENTER LP, ET AL, Appellants**

**V.**

**TARY NETWORK, LTD, ET AL, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01620**

## ORDER

We **GRANT** appellants' May 5, 2014 amended unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than June 2, 2014. No further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE